No. 523. WINN-DIXIE STORES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *O. R. T. Bowden* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 531. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ET AL. v. RYAN ET AL. C. A. 7th Cir. Certiorari denied. *Louis Sherman, Lester Asher, Benjamin L. Jacobson* and *Charles R. Donnenfeld* for petitioners. *William S. Grotefeld* for respondents.

No. 244. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. v. JACKSONVILLE TERMINAL CO. ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Neal Rutledge* and *Allan Milledge* for petitioners. *Paul A. Porter, Abe Krash, Dennis G. Lyons* and *Daniel A. Rezneck* for respondent Jacksonville Terminal Co.

No. 507. KAHN v. FOX. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Thurman Arnold* for petitioner.

No. 186, Misc. ROACH v. GEORGIA. Sup. Ct. Ga. Certiorari denied. *L. Hugh Kemp* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, and *G. Ernest Tidwell,* Executive Assistant Attorney General, for respondent.